FRANK J. WADDELL, as Administrator of the Estate of WILLIAM A. WADDELL, Deceased, Appellant, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Waddell* v. *N. Y. C. & H. R. R. R. Co.*, 98 App. Div. 343, reversed.
(Argued January 26, 1906; decided February 13, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 28, 1904, which reversed an order made at a Trial Term denying a motion for a new trial after a verdict in favor of plaintiff and granted a new trial.

*George H. Harris* for appellant.

*Daniel M. Beach* for respondent.

Order of Appellate Division reversed and judgment of Trial Term affirmed, with costs in both courts, on the ground that under the circumstances the contributory negligence of the plaintiff was a question of fact for the jury; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: GRAY and HISCOCK, JJ.